*Attachment A*

**ATTACHMENT A**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02-0137-N |
| | ) | |
| EDMOND LEE FULLER | ) | |

FILED

MAR 5 2003

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PLEA AGREEMENT

DEFENSE COUNSEL:              BRUCE MADDOX

ASSISTANT U.S. ATTORNEY:      TODD A. BROWN

### COUNT AND STATUTES CHARGED:

Count 1    21 U.S.C. § 841(a)(1)
           Distributing/Possessing with Intent to Distribute Cocaine Hydrochloride

Forfeiture   21 U.S.C. § 853
Allegation   Money Judgment - Proceeds from Count 1

### COUNTS PLEADING PURSUANT TO PLEA AGREEMENT:

Count 1    21 U.S.C. § 841(a)(1)
           Distributing/Possessing with Intent to Distribute Cocaine Hydrochloride

Forfeiture   21 U.S.C. § 853
Allegation   Money Judgment - Proceeds from Count 1

### PENALTIES BY COUNT - MAXIMUM PENALTY:

Count 1    21 U.S.C. § 841(a)(1) (assuming no prior felony drug convictions)
           A term of imprisonment which may not be less than 5 years and no more than 40
           years, and a fine not to exceed $2,000,000 or twice the gross loss to the victim or
           twice the gross gain to the defendant, whichever is greatest, or both fine and
           imprisonment; a term of supervised release of no less than 4 years; and an
           assessment fee of $100.00.

### ELEMENTS OF THE OFFENSE

    Possession with Intent to Distribute Cocaine Hydrochloride, 21 U.S.C. § 841(a)(1)

1. The defendant knowingly and intentionally distributed and possessed a controlled substance (cocaine hydrochloride); and

2. The defendant possessed the controlled substance with the intent to distribute it.

"Possession with intent to distribute" is defined as possession with intent to deliver or transfer possession, with or without any financial interest in the transaction.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Todd A. Brown, Assistant United States Attorney, and Bruce Maddox, Esq., attorney for the defendant, pursuant to Rule 11(c)(1)(B), Federal Rules of Criminal Procedure, as Amended, have, with the authorization of the undersigned defendant, heretofore entered into discussions with a view towards reaching a pretrial conclusion of the charges pending in the Indictment herein and a Plea Agreement has been reached by said parties.

## GOVERNMENT'S PROVISIONS

1. Upon entering a plea of guilty by the defendant to the offense charged in Count 1 and the Forfeiture Allegation of the Indictment, the attorney for the Government will do the following:

a. The Government will agree that a 3-level reduction in the applicable offense level pursuant to U.S.S.G. § 3E1.1 for the defendant's acceptance of responsibility is appropriate, assuming Defendant continues to accept responsibility for his conduct and does not otherwise obstruct justice.

b. The Government will agree that the quantity of cocaine hydrochloride for which Defendant should be held criminally responsible in Count 1 is three kilograms.

c. In exchange for a plea of guilty to the offense charged in Count 1, the United States agrees not to indict or otherwise charge Defendant with conduct discussed during plea negotiations or other proffer sessions with the Government or any narcotics or money laundering