```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

EDMOND LEE FULLER,                )
                                  )    CV. NO. 05-cv-512
    v.                            )    CR. NO. 02cr-137N
                                  )
UNITED STATES OF AMERICA.         )

### MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S MOTION TO VACATE, CORRECT, OR SET ASIDE SENTENCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, requesting an extension of time in which to respond to Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255, and in support of its request, states as follows:

1. Petitioner's claims hinge upon this Court's determination of counsel's effectiveness.

2. As of this filing, counsel has not responded to the Court's Order of June 6, 2005, directing him to address Petitioner's claims.

3. So that the United States may fully respond to each claim raised by Petitioner, it requests an extension of 10 (ten) days after this Office receives counsel's affidavit addressing Fuller's claims.

Respectfully submitted on this the 1st day of July, 2005.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY


    /s/ Todd A. Brown
    TODD A. BROWN
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    (334) 223-7280
    (334) 223-7135 fax
    todd.brown@usdoj.gov

```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

EDMOND LEE FULLER,            )
                              )      CV. NO. 05-cv-512
    v.                        )      CR. NO. 02cr-137N
                              )
UNITED STATES OF AMERICA.     )

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Edmond Lee Fuller, #11085-002, FCI Manchester P.O. Box 3000, Manchester, KY 40962.

                                    Respectfully submitted,

                                    LEURA GARRETT CANARY
                                    UNITED STATES ATTORNEY

                                  /s/ Todd A. Brown
                                  TODD A. BROWN
                                  Assistant United States Attorney
                                  Post Office Box 197
                                  Montgomery, Alabama 36101-0197
                                  (334) 223-7280
                                  (334) 223-7135 fax
                                  todd.brown@usdoj.gov