IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:05cv512-T |
| ) | |
| EDMOND LEE FULLER   ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 15, 2005, Bruce Maddox, former counsel for defendant Edmond Lee Fuller, shall (a) show cause why he has failed to file an affidavit in compliance with this court's order entered on June 6, 2005, and (b) file with this court and furnish the United States Attorney and Fuller with copies of an affidavit addressing the claims of ineffective assistance of counsel presented in Fuller's 28 U.S.C. § 2255 motion.

Done this 1st day of July, 2005.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE