IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv512-T |
| | ) | WO |
| EDMOND LEE FULLER | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on July 1, 2005 (Doc. 3), and for good cause, it is

ORDERED that:

1. The motion for extension of time filed by the United States (Doc. 3) is GRANTED; and

2. The United States is GRANTED an extension from July 6, 2005, to and including July 22, 2005, to file a response to Edmond Lee Fuller's § 2255 motion in compliance with this court's order entered on June 6, 2005.

Done this 1st day of July, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE