IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO.  05-CV-512T |
| | * | |
| **EDMOND LEE FULLER,** | * | |
| | * | |
| Defendant. | * | |

## RESPONSE TO ORDER TO SHOW CAUSE

Comes now undersigned counsel and responds to the order to show cause in the above styled cause.  Counsel has no record of receiving email notification of this Court's Order of June 6, 2005.  Counsel did not receive a copy of the Order to Show Cause of July 1, 2005 until July 14, 2005 via email.  Counsel was out of town in court on July 14 and 15, 2005. Counsel has downloaded a copy of this Court's Order of June 6, 2005 and the Defendant's 28 U.S.C. 2255 on this date and requests that he be allowed to comply with this Court's Order by the close of business on Monday, July 18, 2005.

Respectfully submitted this the 15th day of July, 2005.

S/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Defendant

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 269-9600

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA,**       *
                                    *
    **Plaintiff,**                 *
                                    *
**V.**                              *   CASE NO.  05-CV-512T
                                    *
**EDMOND LEE FULLER,**              *
                                    *
    **Defendant.**                 *

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of July, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Todd A. Brown, Esquire, Asst. United States Attorney.

    Respectfully submitted

                                                               _____

                                                                Of Counsel