**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 18, 2005

## NOTICE OF DEFICIENCY

To:     Attorney Bruce Maddox

From:   Clerk's Office

Case Style: United States of America v. Fuller
Case Number: 2:05-cv-00512-T

**Referenced Pleading:** Response to show cause order

**Docket Entry #  6**

**Notice is hereby given that the referenced deficient pleading was filed on  July 15, 2005  in the above-styled case:**

**The pleading does not contain your electronic signature on the Certificate of service**

**This deficiency must be corrected within ten (10) days from this date. You must file a signed certificate of service for the referenced pleading indicating this pleading has been served on the parties to this action.**

*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.*