IN THE DISTRICT COURT OF THE UNITED STATES
RECEIVED FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 JUL 15  P 4: 28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| DEBRA P. HACKETT, CLK | * | |
| **Plaintiff**, TRICT COURT | * | |
| MIDDLE DISTRICT ALA | * | *2:05cv512-T* |
| V. | * | **CASE NO.** ~~05-CV-512T~~ |
| | * | |
| EDMOND LEE FULLER, | * | |
| | * | |
| **Defendant.** | * | |

## AFFIDAVIT

Before me the undersigned authority came Bruce Maddox, who under oath gives the

following statement:

My name is Bruce Maddox. I have reviewed the allegations of ineffective assistance of

counsel in this matter. I did not appeal the case and I did not argue the drug quantity because I

did not believe that it would make a difference under the information contained in the

Presentence Report. I deemed the drug quantity was moot because, even at three kilograms, Mr.

Fuller would have been subject to the sentencing pursuant to Section 4B1.1 of the Sentencing

Guidelines. His statutory maximum sentence was 40 years. He had felony convictions, which he

admitted to me, for at least two prior drug offenses, as well as a prior felony conviction for

burglary (which may qualify as a crime of violence). Under that section, he would have started

with an offense level of 34, Criminal History category 6. We discussed the matter at sentencing,

and Mr. Fuller agreed to proceed as we did. With three points off because of the plea and the

three points downward departure in the government's motion, the offense level was 28, Criminal

History category 6. That is the range he was sentenced in. The drug quantity was moot.

DATED this the 15th day of July, 2005.

**Bruce Maddox**

**STATE OF ALABAMA**                )

**MONTGOMERY COUNTY**            )

Before me the undersigned authority, a Notary Public for the State at Large, personally appeared **Bruce Maddox**, who is known to me and who by me first duly sworn, deposes and says that the above statements are true and correct to the best of his knowledge and belief.

SWORN to and SUBSCRIBED before me this the 15th day of July, 2005.

**Notary Public**

My commission expires on 01 - 30 - 07      .

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **V.** | * | **CASE NO.  05-CV-512T** |
| | * | |
| **EDMOND LEE FULLER,** | * | |
| | * | |
| **Defendant.** | * | |

### CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of July, 2005, I have mailed by United States Postal Service the above document to the Todd Brown, Assistant United States Attorney and to Edmond Lee Fuller, #11085-002, FCI Manchester, P.O. Box 3000, Manchester, KY 40962.

Respectfully submitted

Of Counsel