IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED

AUG 1 5 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02-137-N |
| | ) | [21 USC 841(a)(1)] |
| | ) | |
| EDMOND LEE FULLER | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about the 8th day of August, 2002, in Montgomery County, within the Middle District of Alabama, the defendant,

EDMOND LEE FULLER,

did knowingly and intentionally distribute 5 kilograms or more of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Forfeiture Allegation

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon Conviction for violation of Title 21, United Stated Code, Section 841(a)(1) as alleged in Count 1 of this indictment, the defendant shall forfeit to the United States, pursuant to Title 21 *United States Code*, Section 853, any and all

property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment.

 C. Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

 (1) cannot be located upon the exercise of due diligence;

 (2) has been transferred or sold to, or deposited with, a third person;

 (3) has been placed beyond the jurisdiction of the Court;

 (4) has been substantially diminished in value; or

 (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, *United States Code*, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, *United States Code*, Sections 841 and 853.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
SUSAN R. REDMOND
Assistant United States Attorney

_____
TODD A. BROWN
Assistant United States Attorney

3