IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V ) | CIVIL ACTION NO. 2:05 CV 512 T |
| ) | |
| Edmond Lee Fuller ) | |

RECEIVED
2005 AUG -1 A 9:13
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Pursuant to the court oder of this court I have received the court oder for me to respone to the United States Government Response to My 2255 Motion done 25 day of July, 2005 giving me 14 days to respone. However I have never received the United States Government response to the court oder to respone to my 2255 Motion by 22 day of July, 2005. As of this day 27 day of July 2005 I have not received a copy of they response. So it will be impossible for me to respone to the United States Government Response with out the copy of it.

27 Day of July, 2005    Edmond Lee Fuller
                        Edmond Fuller