



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

NAME Elmond Fuller QTR. QA
REG. NO. 11085-002
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000