UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 15 P 2:40

UNITED STATES OF AMERICA )
)
V. )   CASE NO. 2:05 CV 512-T
)
Edmond Lee Fuller )

My name is Edmond Lee Fuller and these are my sworn statement on how I was prejudiced by Mr Maddox and the United States of America Government.

Mr Maddox was ineffective in my case in many ways. When Mr Maddox and I was at the plea hearing and the record shows we went off the record for a moment. I was telling Mr Maddox that I did not want to take that plea if the government can come back later and give me more time than the three kilograms carry that I am pleaing out to. At that time Mr Maddox told me not to worry because the government can not give me time for nothing but the three kilograms I am pleaing out to. I ask him was he sure because I am not pleaing to something thats not binding. He stated your o.k. go head an plea to the three kilograms and thats all you will be give time for. I then pleaded to the

**AFFIDAVIT OF EDMOND LEE FULLER**

THREE KILOGRAMS, WHEN THE JUDGE TOLD ME I COULD GET MORE TIME AND AND I COULD NOT APPEAL OR COLLATERAL ATTACK MY SENTENCE. I THEN ASK MR MADDOX WHAT DOSE THE JUDGE MEAN BY THAT STATEMENT. HE STATED FOR ME TO TAKE THE PLEA BECASE THE GOVERNMENT SAYS THAT ALL THE TIME AND I DON'T HAVE TO WORRY ABOUT GETTING MORE TIME BECAUSE IT'S NOT GOING TO HAPPEN AND WHEN THE JUDGE SAID THAT I CAN'T APPEAL OR COLLATERAL ATTACK. MR MADDOX TOLD ME THAT MEANT THAT I CAN'T COME BACK LATER AND TRY TO CHANGE MY MIND ON THE THREE KILOGRAMS THAT I AM PLEAING OUT TO TODAY. MY UNDERSTANDING WAS I COULDN'T APPEAL THE THREE KILOGRAMS, I DID NOT KNOW IT MEANT THAT I CAN NOT APPEAL EVEN IF THE GOVERNMENT GO BACK ON WHAT THEY HAD PROMISE ME IN THE PLEA AGREEMENT. SO I TOOK THE PLEA THINKING THE GOVERNMENT WOULD STAND BEHIND THE PLEA AGREEMENT AS LONG AS I STAND BEHIND MY AGREEMENT.

MR MADDOX WAS ALSO INEFFECTIVE WHEN HE DID NOT SHOW UP TO MY PRE SENTENCE INVESTAGATION HEARING. I TOLD MR MADDOX THAT I DID NOT WANT TO GO INTO THE HEARING WITHOUT HIM BEING THERE. HE TOLD ME HE WILL BE THERE FOR SURE. WHEN I GET TO MY PRE SENTENCE INVESTAGATION HEARING, MR MADDOX WAS NOT THERE. I ASKED THE TWO PROBATION OFFICERS WHERE IS MR MADDOX BECAUSE I DO NOT WANT TO HAVE THIS HEARING WITHOUT MR MADDOX PRESENT. THE TWO PROBATION OFFICERS TOLD ME THAT MR MADDOX IS NOT GOING TO MAKE AND HE SAID TO GO AHEAD WITHOUT HIM ITS O.K.. AS THE HEARING WENT ALONG THE PROBATION OFFICERS

**ATTACHMENT A**

Ask me did I give the government a proffer. I said yes. Then they ask me how much cocaine did you tell the government you sold Samuel Baldwin over a years time. I told them I can't answer that. Because the government told me that my proffer was between the government and myself only that nothing in the proffer will be held against me or discussed. They then told me that they was going over to see what I said anyway so it will be easier if you told us. I then ask them how could they look at the proffer and the government said that no one will see that but them. They stated they where the government. I then ask them will anything I tell you will be held against me. They say no whatever you tell us about your proffer with the government will not be held against you. At that time I told them I told the government that I sold Samuel Baldwin 20 kilograms in a years time. By Mr Maddox not being at the pre sentence investigation hearing showed prejudiced. By him not being there I was left alone to deal with the hearing that later was used to give me and extra 17 kilograms.

Government stated I was facing career offender and subject to the sentencing pursuant to section 4B1.1 of the sentence guidelines. The government nor did Mr Maddox never gave me any notice that they was going to file or if I even

**ATTACHMENT B**

Qual. FEE AT THE TIME OF MY WHOLE CASE. THE GOVERNMENT NOR THE PROBATION OFFICER NEVER TOLD ME THAT I WAS LOOKING TO BE CHARGED WITH CAREER AFFENDER. BECAUSE IF I WOULD HAVE KNOWN I WAS FACING CAREER AFFENDER, I WOULD HAVE NEVER TOOK A PLEA AT ALL.

ALSO THE PRE SENTENCE INVESTAGATION REPORT NEVER STATED NOTHING ABOUT CAREER AFFENDER. I RECEIVED TWO PRE SENTENCE INVESTAGATION REPORTS. THE LAST ONE I RECEIVED WAS A FEW DAYS BEFORE MY SENTENCE DATE. NEITHER REPORTS STATED NOTHING ABOUT CAREER AFFENDER. MR MADDOX DID NOT TELL ME ABOUT THE CAREER AFFENDER, 20 KILOGRAMS OF COCAINE AND OFFENSE LEVEL 34 TILL 30 MIN BEFORE I GO INTO THE COURT ROOM. I TOLD MR MADDOX THAT I DID NOT WANT TO EXCEPT THAT. I WANT TO TAKE MY PLEA BACK. HE THEN STATED THAT WE WERE GOING INTO THE COURT ROOM AND TAKE THIS TODAY. BECAUSE THIS CASE HAVE GONE ON TOO LONG AND THEN WALKED BACK INTO THE COURT ROOM. MY UNDERSTANDING OF THE LAW IS THAT THE GOVERNMENT HAVE TO GIVE A DEFENDANT NOTICE THAT THEY WERE GOING TO FILE CAREER OFFENDER OR SENTENCE A DEFENDANT PURSUANT TO SECTION 4B1.1 OF THE SENTENCE GUIDELINES AND THE GOVERNMENT FAIL TO DO SO. THE GOVERNMENT AND MR MADDOX LEAD ME TO BELIEVE THAT I WAS GOING TO BE SENTENCE TO 110 MONTHS WITH ACCEPTANCE OF RESPONSIBILITY AND A DOWNWARD DEPARTURE FOR COOPERATING WITH THE GOVERNMENT.

FOUR DAYS AFTER I WAS SENTENCE I LEARN THAT THE BLAKELY CASE WAS LAW PAST JUNE 24 2002 SAME DAY I

ATTACHMENT C

was sentence. I called Mr Maddox an told him I want to file an appeal on my sentence. This was the next Monday after I was sentence. Mr Maddox told me that the Blakely and Apprendi did not apply to my case. Then I ask him do I have any grounds on appealing my sentence. He told me he have done all he could do.

The government also stated I was indicted on the 8th day of August 2002 for five or more kilograms of cocaine. On the 8th day of August 2002 I was indicted for five or more kilograms of cocaine under Samual Baldwin false statements that he later admitted to making these false statements to the government in a proffer. Samual Baldwin told me that he told the government that I sold him three kilograms of cocaine. And Agent Dejohn verified that statement to me. Then I later gave the government a proffer myself and I also told the government that I did sell Samual Baldwin three kilograms of cocaine on the 5th day of August 2002. The same statements the government used against me to charge me with the three kilograms of cocaine and not the six kilogram that I was indicted on false accusations. My understanding was if I give the government a proffer that I would only be charged with the 250 grams of cocaine that Samual Baldwin was arrested and charged with. And in Apprendi v. New Jersey 530 US 466 (2000) and Blakely v. Washington

ATTACHMENT D

PROHIBIT JUDGES FROM MAKING A FINDING THAT RAISES A DEFENDANT SENTENCE BEYOND THE SENTENCE THAT COULD LAWFULLY BEEN IMPOSED BY REFERENCE TO FACT FOUND BY THE JURY OR ADMITTED BY THE DEFENDANT UNDER OATH. IN THIS CASE NONE OF THE FACTS ABOUT 20 KILOGRAMS COCAINE WAS ADMITTED UNDER OATH. ONLY 3 KILOGRAMS OF COCAINE WAS ADMITTED UNDER OATH. THE 20 KILOGRAM WAS ADMITTED ONLY IN THE PROFFER AND TO THE PROBATION OFFICERS WHICH I HAD A PROMISE FROM THE GOVERNMENT THAT WHATEVER I SAID IN MY PROFFER SESSION WILL NOT BE HELD AGAINST ME, WHICH THE PROBATION OFFICERS GAVE ME THE SAME PROMISE BEFORE I TOLD THEM WHAT I SAID IN THE PROFFER. THIS CASE WAS BUILT ON THINGS I ADMITTED IN PROFFER SESSIONS AND FALSE AND INCONSISTENT STATEMENTS OF SAMUAL BALDWIN. ON TOP OF ALL THESE THINGS I STILL TOOK RESPONSIBILITY FOR THE THREE KILOGRAMS OF COCAINE THAT I WAS NEVER ARRESTED WITH.

HOWEVER I HAVE COOPERATED WITH THE GOVERNMENT THAT HAS RESULTED INTO NUMEROUS ARREST AND I AM STILL TODAY COOPERATING WITH THE GOVERNMENT THROUGH OTHER AGENYS. I WAS TREATED WITH SERVER PREJUDICE THROUGHOUT THIS CASE. ALL I AM ASKING FOR IN THIS 2255 MOTION THAT I HAVE FILED, IS THAT THE GOVERNMENT HONOR THE PLEA AGREEMENT THAT WE SIGN AND AGREED TO. IF I UPHELD MY WORD BY PLEAING TO THE AGREEMENT THAT THEY PUT TOGETHER AND WE SIGN AND AGREED UPON, WHY SHOULD THEY BE ABLE TO COME BACK AT A LATER DATE ATER I HAVE

ATTACHMENT E

PLEAD TO THEIR AGREEMENT AN BREAK IT AND GIVE ME A HIGHER SENTENCE THAN WE BOTH AGREED ON. I AM HOPING THAT THIS COURT CAN SEE THE PREJUDICE THAT I HAVE SHOWN IN THIS 2255 MOTOIN AND GRANT ME THE RELIEF I AM SEEKING.

10 DAY OF AUGUST 2005    Edmond Fuller
                         Edmond Lee Fuller

Notary
My Commission Exp. 2-17-2007

[signature]

ATTACHMENT F