IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05cv512-MHT |
| | ) | (WO) |
| EDMOND LEE FULLER | ) | |

**O R D E R**

In light of movant Edmond Lee Fuller's affidavit filed August 15, 2005 ("Affidavit of Edmond Lee Fuller" attached to "Petitioner's Reply" - Doc. No. 13), wherein Fuller asserts that he advised his counsel, Bruce Maddox, that he wished to appeal his sentence (*id*. at p.5), it is

ORDERED that within twenty (20) days from the date of this order, Mr. Maddox shall file with this court a supplemental affidavit that specifically addresses Fuller's contention that he requested Mr. Maddox to file an appeal. Mr. Maddox shall also furnish the United States Attorney and Fuller with copies of his supplemental affidavit.

Done this 9th day of July, 2007.

                                        /s/Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE