IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 02:05cv512-MHT |
| | * | |
| EDMOND LEE FULLER | * | |

## AFFIDAVIT OF BRUCE MADDOX

Before me, the undersigned, a Notary Public, personally appeared Bruce Maddox, who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

My name is Bruce Maddox and I was the attorney for Edmond Lee Fuller at sentencing. He has made a claim that he timely asked me to appeal his case. He did not do so.

_____
Bruce Maddox

**STATE OF ALABAMA**        )

**MONTGOMERY COUNTY**    )

Before me the undersigned authority, a Notary Public for the State at Large, personally appeared Bruce Maddox, who is known to me and who by me first duly sworn, deposes and says that the above statements are true and correct to the best of his knowledge and belief.

_____
Bruce Maddox

SWORN to and SUBSCRIBED before me this the 10th day of July, 2007.

_____
**NOTARY PUBLIC**

My commission expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 15, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the United States Attorney. I have also served a copy of the foregoing pleading by U.S. Mail, properly addressed and postage prepaid upon Edmond Lee Fuller.

                                                s/Bruce Maddox
                                                Of Counsel