IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDMOND LEE FULLER,          ) | |
| )  | |
|    Petitioner,           ) | |
| ) | CIVIL ACTION NO. |
| v.                         ) | 2:05cv512-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
|    Respondent.          ) | |

## OPINION

Pursuant to 28 U.S.C.§ 2255, petitioner filed this habeas-corpus case.  It has now come to the attention of the court, however, that petitioner is now deceased.  His petition for habeas relief is therefore moot.

An appropriate judgment will be entered.

DONE, this the 8th day of August, 2007.

                                              /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE