IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDMOND LEE FULLER,       ) | |
| ) | |
|    Petitioner,          ) | |
| ) | CIVIL ACTION NO. |
| v.                       ) | 2:05cv512-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Respondent.          ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is ORDER, JUDGMENT, and DECREE of the court that the petition for writ of habeas corpus (Doc. No. 1) is denied as moot and this case is dismissed as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of August, 2007.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE